```
                                    ____ ✓ FILED    ____ LODGED
                                    ____ RECEIVED   ____ COPY

                                        OCT 0 1 2025

                                    CLERK U S DISTRICT COURT
                                     DISTRICT OF ARIZONA
                                    BY_____Kh_____Z  DEPUTY
```

1  TIMOTHY COURCHAINE
   United States Attorney
2  District of Arizona
   W. VINNIE LICHVAR
3  Assistant United States Attorney
   Arizona State Bar No. 028112
4  Two Renaissance Square
   40 N. Central Ave., Suite 1800
5  Phoenix, Arizona 85004
   Telephone: 602-514-7500
6  Email: vinnie.lichvar@usdoj.gov
   Attorneys for Plaintiff
7

REDACTED FOR
PUBLIC DISCLOSURE

8           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF ARIZONA
9

| 10 | United States of America, | No.     CR-25-08186-PCT-MTL (ASB) |
| 11 | Plaintiff, | **INDICTMENT** |
| 12 | vs. | VIO: 18 U.S.C. §§ 1153, 113(a)(3) and 2 (CIR – Assault With a Dangerous Weapon, Aid and Abet) Count 1 |
| 13 14 | 1. Jed Casey Crooke (Counts 1-3), and | 18 U.S.C. §§ 1153, 113(a)(6) and 2 (CIR – Assault Resulting in Serious Bodily Injury, Aid and Abet) Count 2 |
| 15 16 | 2. Delbert Curtis Hyden (Counts 1-3), | |
| 17 | Defendants. | 18 U.S.C. §§ 924(c)(1)(A) and 2 (Use of a Firearm During a Crime of Violence, Aid and Abet) Count 3 |

21  **THE GRAND JURY CHARGES:**

22                              <u>**COUNT 1**</u>

23       On or about September 5, 2025, in the District of Arizona, within the confines of

24  the Navajo Nation Indian Reservation, Indian Country, the defendants, JED CASEY

25  CROOKE and DELBERT CURTIS HYDEN, Indians, did intentionally and knowingly

26  assault the victim, W.M., with a dangerous weapon, that is, a firearm, with the intent to do

27  bodily harm.

28       In violation of Title 18, United States Code, Sections 1153, 113(a)(3) and 2.

**COUNT 2**

On or about September 5, 2025, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendants, JED CASEY CROOKE and DELBERT CURTIS HYDEN, Indians, did intentionally, knowingly, and recklessly assault the victim, W.M., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153, 113(a)(6) and 2.

**COUNT 3**

On or about September 5, 2025, in the District of Arizona, the defendants, JED CASEY CROOKE and DELBERT CURTIS HYDEN, did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence and did knowingly use, possess, and brandish the firearm, in furtherance of a crime of violence, that is, CIR-Assault With a Dangerous Weapon as alleged in Count 1, a felony crime prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: October 1, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/*
W. VINNIE LICHVAR
Assistant U.S. Attorney

- 2 -